

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 8, 2017

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCOTT ALAN ODAM, | § | Case No.: 17-50035-RLJ-7 |
| | § | |
| Debtor. | § | |

## MEMORANDUM OPINION AND ORDER

On July 26, 2017, the Clerk of Court issued its notice that the debtor, Scott Alan Odam, owed $922.00 for his motion seeking conversion of his chapter 7 case to a case under chapter 11, which motion was filed on the same date. The notice provides that if the $922.00 deficiency was not cured within 48 hours, the motion would be dismissed without further notice.

The notice was served on Mr. Odam by email on July 26, 2017.

Odam has failed to make the required payment. On July 31, 2017, Odam filed a pleading styled *Challenge to Subject Matter Jurisdiction* [Docket No. 90] which, for the most part, appears to raise objections concerning the hearing held on July 26, 2017, on Odam's objection to Platinum

Bank's proof of claim. This pleading, however, includes, at paragraph seven, his statement that "[n]otice is given that any request for payment to convert to a Chapter 11, is herein postponed until the court determines subject matter jurisdiction." It further states that it provides notice "that any information due to the trustee or court is withheld until subject matter jurisdiction is determined as it relates to Platinum Bank."

The district court has original and exclusive jurisdiction of all cases under title 11, the Bankruptcy Code, and original but not exclusive jurisdiction of all civil proceedings arising under title 11, or arising in or related to cases under title 11. 28 U.S.C. § 1334(a), (b). The district court may provide that any and all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 shall be referred to the bankruptcy judge for the district. 28 U.S.C. § 157. By the Order of Reference issued on August 3, 1984, the district court has referred all cases and all proceedings to the bankruptcy court. For matters properly referred to the bankruptcy judge, the bankruptcy judge may decide all core proceedings. *Id*. Whether Odam has paid his filing fee, and whether he is obligated to provide documents to the trustee, are matters concerning the administration of this bankruptcy estate and thus constitute core matters over which this Court has full authority and jurisdiction. *Id*.

It is, therefore,

ORDERED that, given Odam's failure to pay the $922.00 due upon his motion to convert to chapter 11, such motion is hereby denied; it is further

ORDERED that the Court will issue a separate order concerning Odam's unilateral declaration that he is not required to provide copies of documents to the chapter 7 trustee.

### End of Memorandum Opinion and Order ###